UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Howard Schultz & Associates International,

Plaintiff,

v.

Evert Software, Inc., and Harry A. Evert,

Defendants.

and

Evert Software, Inc.

v.

Extreme Recoveries, Inc. et al.

Civil No. 01-547 JRT/FLN

**ORDER**

Civil No. 01-1027 JRT/FLN

---

Damon Ward, for Howard Schultz & Associates International.
Thomas J. Shroyer, for Evert Software, Inc. & Harry Evert.
Matthew J. Goggin & Jeffery Brown, for Extreme Recoveries, Inc. & Anne Savitski.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on September 24, 2001, on Defendant Evert Software, Inc. & Harry Evert's Motion to Consolidate this case with Evert Software, Inc., v. Extreme Recoveries, LLC, and Anne Savitski, Civil 01-1027 JRT/FLN[#65].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Evert Software, Inc. & Harry Evert's Motion to Consolidate this case with Evert Software, Inc., v. Extreme Recoveries, LLC, and Anne Savitski, Civil

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

01-1027 JRT/FLN[#65] is **DENIED**;

2. Insofar as the parties may be scheduling duplicate witnesses for depositions, this Court encourages the parties to work together in scheduling said depositions so as to facilitate the discovery process.

DATED: Oct. 4, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500