**Time:** 10:15AM to 11:00AM **Tape:** #2755-END to #2 01-680

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**DATE** Oct 22, 2001 **MAGISTRATE JUDGE FRANKLIN L. NOEL**
**CIVIL NO:** Civil Filing No: 01-547 JRT/FLN

| | |
|---|---|
| Howard Schultz & Assoc., | Damon Ward |
| **Plaintiff** | **Appearances for Plaintiff** |
| v. | |
| Evert Software, Inc., & Harry Evert | Huyen Le Phan |
| **Defendant** | **Appearances for Defendant** |

1. Based upon the files, records, and proceedings herein, Defendants Evert Software, Inc. & Harry Evert's Motion to Compel Discovery and For Attorney Fees and Costs [#77] is **GRANTED in part** and **DENIED in part**, to the extent Ordered from the Bench at the Hearing as follows:

   1. Plaintiff shall supplement its responses to Defendants' Interrogatories Nos. 2-15 & 17-19, Defendants' First Set of Document Requests Nos. 16, 19, 22, 23, 24, 38, 39, 40 & 43 and Defendants' Second Set of Document Requests No. 30. Plaintiffs will produce any and all documents responsive to these requests, in Minnesota, on or before November 5, 2001;

   2. Plaintiff's counsel shall submit an affidavit detailing reasonable costs incurred in transporting any responsive documents, on or before November 5, 2001, at which point, this Court will issue an Order directing Defendants to fully compensate Plaintiff for all reasonable costs incurred in transporting any responsive documents to Minnesota;

   3. Once these responsive documents arrive in Minnesota, Plaintiff shall make the documents available to Defendants for three business days. Defendants are responsible for any and all of their reproduction costs;

   4. Defendants are awarded $900 in costs and attorneys' fees incurred in bringing their September 14, 2001, Motion to Compel Discovery and For Attorney

Fees and Costs [#68]. Plaintiff will remit the above stated sum to Defendants' Counsel within ten days from the date of this Order;

5. Insofar as the Motion seeks costs and fees for the instant motion, it is **DENIED**;

6. The Court does not look favorably upon attempts to obstruct or frustrate the discovery process and reminds both parties that they are expected to do all that is within their power to amicably resolve discovery disputes between themselves; and

7. The Motion is **DENIED** in all other respects.

Alpha Khaldi- Law Clerk