UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Howard Schultz & Associates International,

Plaintiff,

v.

Evert Software, Inc., and Harry A. Evert,

Defendants.

Civil No. 01-547 JRT/FLN

**ORDER**

---

Damon Ward, for Howard Schultz & Associates International.
Huyen Le Phan, for Evert Software, Inc. & Harry Evert.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on October 22, 2001, on Defendants Evert Software, Inc. & Harry Evert's Motion to Compel Discovery and For Attorney Fees and Costs [#77].

Based upon the files, records, and proceedings herein, Defendants Evert Software, Inc. & Harry Evert's Motion to Compel Discovery and For Attorney Fees and Costs [#77] is **GRANTED in part** and **DENIED in part**, to the extent Ordered from the Bench at the Hearing as follows:

1. Plaintiff shall supplement its responses to Defendants' Interrogatories Nos. 2-15 & 17-19, Defendants' First Set of Document Requests Nos. 16, 19, 22, 23, 24, 38, 39, 40 & 43 and Defendants' Second Set of Document Requests No. 30. Plaintiffs will produce any and all documents responsive to these requests, in Minnesota, on or before November 5, 2001;

2. Plaintiff's counsel shall submit an affidavit detailing reasonable costs incurred in transporting any responsive documents, on or before November 5, 2001, at which point, this Court will issue an Order directing Defendants to fully compensate Plaintiff for all reasonable costs incurred in transporting any

FILED NOV 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

responsive documents to Minnesota;

3. Once these responsive documents arrive in Minnesota, Plaintiff shall make the documents available to Defendants for three business days. Defendants are responsible for any and all of their reproduction costs;

4. Defendants are awarded $900 in costs and attorneys' fees incurred in bringing their September 14, 2001, Motion to Compel Discovery and For Attorney Fees and Costs [#68]. Plaintiff will remit the above stated sum to Defendants' Counsel within ten days from the date of this Order;

5. Insofar as the Motion seeks costs and fees for the instant motion, it is **DENIED**;

6. The Motion is **DENIED** in all other respects.

DATED: November 1, 2001

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge