UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Howard Schultz & Associates International,

Plaintiff,

v.

Evert Software, Inc., and Harry A. Evert,

Defendants.

Civil No. 01-547 JRT/FLN

**ORDER**

---

Damon Ward, for Howard Schultz & Associates International.
Huyen Le Phan, for Evert Software, Inc. & Harry Evert.

---

**THIS MATTER** originally came for a hearing before the undersigned United States Magistrate Judge on October 22, 2001, on Defendants Evert Software, Inc. & Harry Evert's Motion to Compel Discovery and For Attorney Fees and Costs [#77].

On November 1, 2001, this Court issued an Order, consistent with its ruling during the October 22, 2001, hearing. See Howard Schultz & Assoc., Int'l, v. Evert Software, Inc., & Harry A. Evert, 01-547 JRT/FLN, Order (Nov. 1, 2001). Pursuant to the November 1, 2001, Order, Plaintiff submitted an affidavit by November 5, 2001, detailing reasonable costs incurred in transporting any responsive documents that were the subject of Defendants' Motion to Compel and For Attorney Fees and Costs[#77]. A total of $504.68.00 was requested.

FILED ______ 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants will remit to Plaintiff $504.68, representing reasonable costs incurred in transporting any responsive documents that were the subject of Plaintiff's Motion to Compel For Attorney Fees and Costs [#77].

DATED: JAN. 29, 2002

FRANKLIN L. NOEL
Chief Magistrate Judge