UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Howard Schultz & Associates International, Inc., as successor in interest to Howard Schultz Associates of Mid-America, Inc.,

Plaintiff,

v.

Evert Software, Inc., f/k/a Evert, Inc., and Harry A. Evert,

Defendants,

Court File No. 01-CV-547 (JRT/FLN)

---

BH Evert, Inc.,

Plaintiff,

v.

Howard Schultz & Associates International, Inc., as successor in interest to Howard Schultz & Associates of Mid-America,

Defendant.

and

Howard Schultz & Associates International, Inc., as successor in interest to Howard Schultz of the North Central States, Inc. and Acquisition 3, d/b/a Howard Schultz & Associates Super Central Area,

Counterplaintiff,

v.

BH Evert, Inc., and Boyd Harry Evert,

Counterdefendants.

Court File No. 01-CV-870 (JRT/FLN)

**ORDER**

---

#-47778

FILED FEB [illegible]
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

---

David A. Engen & Damon L. Ward,
for Howard Schultz & Associates International.

Thomas J. Shroyer & H. Le Phan,
for Evert Software, Inc., Harry Evert, BH Evert, Inc., and Boyd Harry Evert.

---

**THIS MATTER** came on before the undersigned United States Magistrate Judge on January 18, 2002, by Stipulation to Consolidate Claims, telephonic conference, and letter brief.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants, BH Evert, Inc. and Boyd Harry Evert's motion to consolidate *BH Evert, Inc. v. Howard Schultz & Associates International, Inc., as successor in interest to Howard Schultz & Associates of Mid-America, and Howard Schultz & Associates International, Inc., as successor in interest to Howard Schultz of the North Central States, Inc. and Acquisition 3, d/b/a Howard Schultz & Associates Super Central Area, Counterplaintiff, BH Evert, Inc., and Boyd Harry Evert, Counterdefendants,* Civil No. 01-CV-870 (JRT/FLN) and *Howard Schultz & Associates International, Inc., as successor in interest to Howard Schultz Associates of Mid-America, Inc. v. Evert Software, Inc., f/k/a Evert, Inc.,* Civil No. 01-CV-547 (JRT/FLN) is **GRANTED**;

2. The discovery scheduled which shall govern the consolidate proceedings is the Order that was adopted in Civil No. 01-CV-547 (JRT/FLN);

3. The protective order that shall govern the consolidate proceedings is the Order that was adopted in Civil No. 01-CV-547.

#-47778

Dated: February 5, 2002

BY THE COURT:

Franklin L. Noel

Franklin L. Noel
Chief Magistrate Judge