UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Howard Schultz & Associates International,

Plaintiff,

v.

Evert Software, Inc., and Harry A. Evert,

Defendants.

Civil No. 01-547 JRT/FLN

**ORDER**

---

Damon Ward, Esq., for Plaintiff.
H. Le Phan, Esq., for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on March 18, 2002, on Plaintiff's Motion to Amend the Pretrial Schedule and to Compel Defendants to Provide an Index for the Mass of 6,000 Documents Produced Randomly In a Box [#96].

At the hearing counsel for Plaintiff, for the first time, mentioned that it learned as late as Friday, March 15, 2002, that its retained expert witnesses, all of whom were supplied by Arthur-Anderson, were not going to fulfill their commitment to serve as experts. The Court asked that counsel for both parties attempt to informally resolve the dispute generated by this new development, which had not been addressed in the parties' motion papers.

The Court has now received letters from both sides, arguing over whether Anderson's decision to quit was caused by the recent criminal indictment of Arthur Anderson, or was caused by Plaintiff's tardiness in retaining Arthur Anderson.

FILED MAR 2 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend the Pretrial Schedule and to Compel Defendants to Provide an Index for the Mass of 6,000 Documents Produced Randomly In a Box [#96] is **DENIED,** except that:

1. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

    a) By Plaintiff on or before April 15, 2002, with regard to any matters in which Plaintiff has the burden of proof;

    b) By Defendant on or before May 15, 2002, with regard to any matters in which Defendant has the burden of proof, as well as response experts to Plaintiffs April 15, 2002 disclosures;

    c) By Plaintiff on or before June 1, 2002, specifically in direct response to Defendants' expert disclosure of May 15, 2002; and

    d) No other dates in the pretrial schedule are modified by this Order.

2. Insofar as the motion seeks to compel Defendant to provide an index for the documents produced in discovery, it is **DENIED as MOOT.**

DATED: March 26, 2002

FRANKLIN L. NOEL
United States Magistrate Judge