UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Howard Schultz & Associates International,

Plaintiff,

v.

Evert Software, Inc., and Harry A. Evert,

Defendants.

Civil No. 01-547 JRT/FLN

**ORDER**

---

Damon Ward, Esq., & Sebastian Stewart, Esq., for Howard Schultz & Associates International.
Huyen Le Phan, Esq., & Thomas Shroyer, Esq., for Evert Software, Inc. & Harry Evert.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on April 15, 2002, on Plaintiff's Motion to Compel Responses to Discovery Requests and For Attorney Fees and Costs [#106]; and on May 6, 2002, on: (1) Plaintiff's Motion to Amend its Complaint and to Compel Discovery [#115]; and (2) Defendants' Motion to Modify Pretrial Schedule [#117].

Based upon the files, records, and proceedings herein, it is **HEREBY ORDERED** that:

1. Plaintiff Howard Schultz & Assoc. Int'l's Motion to Compel Responses to Discovery Requests and For Attorney Fees and Costs [#106] is **GRANTED in part** and **DENIED in part** as follows:

   a. Insofar as the Motion seeks to compel Defendants to further supplement their responses to Plaintiff's First Set of Interrogatories Nos. 9, 11, 12, 15, 28, 29, & 38, it is **GRANTED**. Defendants shall further supplement their responses to the aforementioned interrogatories on or before May 20, 2002;

FILED MAY 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

b. Insofar as the Motion seeks to compel Defendants to produce documents responsive to Plaintiff's Document Request No. 34, it is **GRANTED**. Defendants shall produce all responsive documents on or before May 20, 2002;

c. The Motion is **DENIED** in all other respects;

2. Plaintiff's Motion to Amend its Complaint and to Compel Discovery [#115] is **GRANTED** as follows:

a. Insofar as the Motion seeks to Amend the Complaint to assert claims of: (1) Trademark Infringement under 15 U.S.C. § 1114(1)(A); (2) False Designation and False Origin under 15 U.S.C. §. 1125(a); (3) Unfair Competition (Misappropriation and Passing off of Trademark); (4) Violation of the Minnesota Deceptive Trade Practices Act; and (5) Tortious Interference with Prospective Business Advantage, it is **GRANTED**. Plaintiff is directed to file, forthwith, its Amended Complaint, in substantially the form and content as was filed in support of the Motion to Amend, and Defendants are directed to serve an Amended Answer in accordance with the governing Rules of Civil Procedure;

b. Insofar as the Motion seeks to compel the production of computer files, the Parties agree that what is at issue are the meta-data files related to the First Recovery™ Software. As explained to the Court, these meta-data files are empty computer files unless populated with client data. The files are currently empty because Defendants do not have any clients and therefore, no data. However, Defendants acknowledge that there are meta-data files related to the First Recovery™ Software containing "dummy data" that have not been produced. In light of the foregoing, this Court **HEREBY ORDERS** Defendants to produce all meta-data files related to the First Recovery™ Software containing the aforementioned "dummy data;"

c. The Motion is **DENIED** in all other respects;

3. Defendants' Motion to Modify Pretrial Schedule [#117] is **DENIED**.



FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

DATED: May 7, 2002

Franklin L. Noel

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE