UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Howard Schultz & Associates International,

Plaintiff,

v.

Evert Software, Inc., and Harry A. Evert,

Defendants.

Civil No. 01-547 JRT/FLN

**ORDER**

---

Damon Ward, Esq., & David Engen, Esq., for Howard Schultz & Associates International.
Huyen Le Phan, Esq., & Thomas Shroyer, Esq., for Evert Software, Inc. & Harry Evert.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on May 28, 2002, on: (1) Evert Software Inc.'s Motion to Amend Scheduling Order, for Order to Amend Counterclaims, to Add Punitive Damages and Unjust Enrichment/Quantum Meruit, and for Order to File a Supplemental Expert Report [#131]; (2) Howard Schultz & Assoc. Int'l's Motion for Order to De-classify and for Sanctions [#134]; (3) Howard Schultz & Assoc. Int'l's Motion to Compel Testimony and for Sanctions [#136]; and (4) Howard Schultz & Assoc. Int'l's Motion to Strike Experts and Expert Reports and for Sanctions [#140].

Based upon the files, records, and proceedings herein, it is **HEREBY ORDERED** that:

1. Evert Software Inc.'s Motion to Amend Scheduling Order, for Order to Amend Counterclaims, to Add Punitive Damages and Unjust Enrichment/Quantum Meruit, and for Order to File a Supplemental Expert Report [#131] is **DENIED** as follows:

FILED JUN 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

a. Insofar as the Motion seeks to Amend Counterclaims, to Add Claim for Punitive Damages, it is **DENIED**;

b. Insofar as the Motion seeks to Amend Counterclaims, to Add claim for Unjust Enrichment/Quantum Meruit, it is **DENIED AS UNTIMELY**;

c. Insofar as the Motion seeks to File a Supplemental Expert Report, it is **DENIED**.

2. Howard Schultz & Assoc. Int'l's Motion for Order to De-classify and for Sanctions [#134] is **GRANTED in part** and **DENIED in part** as follows:

a. Insofar as the Motion seeks to de-classify Ms. Valerie Kivett's identity as "CONFIDENTIAL - ATTORNEYS' EYES ONLY", it is **GRANTED**;

b. Insofar as the Motion seeks costs, fees and sanctions, it is **DENIED**;

3. Howard Schultz & Assoc. Int'l's Motion to Compel Testimony and for Sanctions [#136] is **DENIED in its entirety**;

4. Howard Schultz & Assoc. Int'l's Motion to Strike Experts and Expert Reports and for Sanctions [#140] is **GRANTED in part** and **DENIED in part** as follows:

a. The Court finds as a fact that the Moss & Barnett Law Firm willfully violated the terms of the Protective Order entered in this case when it disclosed confidential information to an expert witness who was the subject of an objection and motion before the Court. Under the clear and express terms of the Protective Order, no disclosure should have been made to the witness until the Court ruled on the objection;

b. The remedy of excluding the experts and their reports however, does not appear to be related to the violation of the Protective Order. Therefore, insofar as the Motion seeks to Strike Experts and Expert Reports, it is **DENIED**;

c. Insofar as the Motion seeks sanctions it is **GRANTED**;

d. In light of the foregoing finding, the Parties are **ORDERED** to submit to the Court, within five days of the date of this Order, their respective proposals regarding the appropriate remedy for the Protective Order violation that the Court concludes willfully occurred.

DATED: June 3, 2002

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE

*Featured Speakers Include:*

District of Minnesota

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

United States Bankruptcy Court
District of Minnesota

Judge Robert J. Kressel

Application Pending for 7.5 CLE Credits including
2 Ethics and 1 Bias Credit

The Minnesota Chapter of the Federal Bar Association
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

MINNESOTA CHAPTER OF
THE FEDERAL BAR
ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

June 19, 2002
8:00 am—5:15 pm

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)*****; Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## *Seminar Registration*

☐ Member $195.00
☐ Non-Member $225.00

Name

Firm/Employer

Address

Phone

E-Mail

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building