ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Howard Schultz & Associates International, Inc., As successor in interest to Howard Schultz Associates of Mid-America, Inc.,

Court File No. 01-CV-547 (JRT/FLN)

Plaintiff,

vs.

Evert Software, Inc., f/k/a Evert, Inc., and Harry A. Evert,

Defendants.

---

BH Evert, Inc.,

Court File No. 01-CV-870 ~~(MJD/JGL)~~ (JRT/FLN)

Plaintiff,

vs.

Howard Schultz & Associates International, Inc., as successor in interest to Howard Schultz & Associates of Mid-America,

Defendant,

and

Howard Schultz & Associates International, Inc., as successor in interest to Howard Schultz of the North Central States, Inc., and Acquisition 3 D/b/a Howard Schultz & Associates Super Central Area,

Counterplaintiffs,

v.

BH Evert, Inc., and Boyd Harry Evert,

Counterdefendants.

---

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

---

FILED SEP 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

521454/1

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by all parties to the above-referenced proceedings, through their respective counsel, that the above-captioned consolidated matters shall be dismissed with prejudice and without costs to any party.

IT IS HEREBY FURTHER STIPULATED AND AGREED that any party may forthwith and without notice to any other party apply to the Court for an order for dismissal in accordance herewith.

Respectfully submitted,

MOSS & BARNETT
A Professional Association

Dated: August 20, 2002.

By [signature]
Thomas J. Shroyer (#100638)
Thomas R. Sheran (#100213)
H. Le Phan (#274008)
Attorneys for Evert Software, Inc., Harry A. Evert, BH Evert, Inc., and Boyd H. Evert
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300
Facsimile: (612) 339-6686

BLACKWELL IGBANUGO ENGEN & SAFFOLD, P.A.

Dated: August 30, 2002.

By [signature]
David A. Engen (#147655)
Damon L. Ward (#221441)
J. Sebastian Stewart (#272383)
Attorneys for Howard Schultz & Associates International, Inc.
3601 West 76th Street Suite 250
Minneapolis, MN 55435-5242
Telephone: (952) 646-0400

## ORDER

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED that the above-captioned consolidated matters shall be dismissed with prejudice and without costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: Sept 6 2002

John R. Tunheim
Judge of United States District Court